# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREWS | CIVIL ACTION |
| VERSUS | 20-597-SDD-EWD |
| PERFORMANCE CONTRACTORS | |

## RULING

The Court, after carefully considering the *Complaints*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated June 14, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Plaintiff's claim in this matter under 42 U.S.C. § 1983 against Performance Contractors is DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e), as he has not alleged a state actor, and this case is CLOSED.

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on August 5, 2021.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 1 and 3.
[2] Rec. Doc. 6.